PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska



RECEIVED
DEC 1 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.  Case No.  A02-0080-02 CR

Delores Kilongak

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on December 11, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

__**REDACTED**__   12/12/07
Eric D. Odegard             Date
U.S. Probation/Pretrial Services
Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___12th___ day of ___December___, 20_07_.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge